# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DIANNA L. WINTERMUTE, :

                    Plaintiff,

  -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

                    Defendant. :

Case No. 3:07-cv-209

District Judge Thomas M. Rose
Chief Magistrate Judge Michael R. Merz

## ORDER GRANTING ATTORNEY FEES

On Motion of the Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Doc. No. 18), and upon the consent of the Defendant (Doc. No. 19), it is hereby ORDERED that Plaintiff be granted attorney fees under the EAJA in the amount of $4,487.50 and that said amount be paid directly to Plaintiff's attorney as assignee of the Plaintiff.

April 8, 2008.                      **s/THOMAS M. ROSE**

                                                      Thomas M. Rose
                                                  United States District Judge